# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT L. HALL, JR.<br>DOB: PDID: | DOCKET NO: 06-004-01 MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

FILED

JAN 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

**CONSPIRACY;**

**BANK FRAUD;**

**MAIL FRAUD;**

**MONEY LAUNDERING;**

**CAUSING AN ACT BE DONE; AIDING AND ABETTING;**

**FIRST DEGREE FRAUD;**

**CRIMINAL FORFEITURE.**

IN VIOLATION OF:

UNITED STATES CODE TITLE & SECTION:

**18 U.S.C. § 371; 18 U.S.C. § 1344; 18 U.S.C. § 1341; 18 U.S.C § 1957, 18 U.S.C. § 2; D.C. Code §§ 22-3211; 18 U.S.C. § 982(a)(2)(A)**

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: JAN 06 2006 |
| CLERK OF COURT: | BY DEPUTY CLERK: [signature] | DATE: JAN 06 2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 01/06/2006 | NAME AND TITLE OF ~~ARRESTING~~ Reporting OFFICER | SIGNATURE OF ~~ARRESTING~~ Reporting OFFICER |
|---|---|---|
| DATE EXECUTED 01/10/2006 | Fitzgerald Derick DUSM | [signature] |
| HIDTA CASE: Yes No | | OCDETF CASE: Yes No |

976856