NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
)
vs. )   Criminal No. 06·004
)
)
_Mr. Robert Hall_ )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[X] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Brian M. McDaniel       452807
(Attorney & Bar ID Number)

McDaniel & Asso. P.A.
(Firm Name)

1211 Connecticut Ave. N.W.
(Street Address)   #506

Washington,     D.C.      20036
(City)          (State)       (Zip)

(202) 331-0793
(Telephone Number)