UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>ROBERT L. HALL, JR.       )<br>_____) | Cr. # 06-004 (HHK) |

**NOTICE OF APPEARANCE**

THE CLERK OF THE COURT WILL PLEASE NOTE the appearance of Elise Haldane a*s* court-appointed counsel for Robert L. Hall, Jr.

          Respectfully submitted,

          */s/*
          _____
          Elise Haldane #242826
          303 E Street NE
          Washington, DC 20002
          202/659-8700
          Fax 202/544-0165
          Email: Ehaldane@msn.com