UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>ROBERT L. HALL, JR.   )<br>_____) | Cr. # 06-004 (HHK) |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS AND OPPOSITIONS

Defendant Robert L. Hall, Jr., through counsel, Elise Haldane, respectfully moves this Court for an extension of time within which to file motions and oppositions in this case.

1. The undersigned counsel was appointed to represent Mr. Hall in this case on June 28, 2006.

2. On June 30, 2006, counsel requested leave to file her motions on behalf of Mr. Hall, and responses to outstanding government motions, by August 15, 2006.

3. Due to a trial in the Superior Court, compounded by the necessity of reviewing the discovery in this case as well as that Mr. Hall's related case, which

1

is pending sentencing, counsel has been unable to complete the motions and oppositions by August 15, 2006.

4. Counsel requests that the Court allow her to file the motions and oppositions by August 24, 2006.

WHEREFORE, the defense respectfully requests an extension of time within which to file motions and oppositions in this case.

Respectfully submitted,

/s/

_____

Elise Haldane #242826
303 E Street NE
Washington, DC 20002
202/659-8700
Fax 202/544-0165
Email: Ehaldane@msn.com