UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. # 06-004 (HHK) |
| ) | |
| ROBERT L. HALL, JR. ) | |
| _____) | |

### ORDER

Upon consideration of defendant's Motion for Extension of Time within which to file Motions and Oppositions in this case, and for good cause shown, it is, this _____ day of August, 2006, hereby

ORDERED that the Motion shall be, and hereby is

GRANTED, and it is

FURTHER ORDERED that defendant's Pretrial Motions and Oppositions shall be filed on or before August 24, 2006.

_____
HENRY H. KENNEDY, JR.
DISTRICT COURT JUDGE