UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 06-004-01 (HHK) |
| | : | |
| v. | : | |
| | : | |
| **ROBERT L. HALL, JR.,** | : | |
| | : | |
| **Defendant** | : | |

**JOINT PROPOSED JURY VERDICT FORM**

The parties hereby submit the following proposed jury verdict form.

**COUNT 1 (CONSPIRACY):**

 As to count 1 of the grand jury indictment, charging defendant Robert L. Hall, Jr., with conspiracy, we, the members of the jury, do hereby find the defendant Robert L. Hall, Jr.:

 _____GUILTY   _____NOT GUILTY

**COUNT 2 (BANK FRAUD):**

 As to count 2 of the grand jury indictment, charging defendant Robert L. Hall, Jr., with bank fraud, we, the members of the jury, do hereby find the defendant Robert L. Hall, Jr.:

 _____GUILTY   _____NOT GUILTY

**COUNT 3 (BANK FRAUD):**

 As to count 3 of the grand jury indictment, charging defendant Robert L. Hall, Jr., with bank fraud, we, the members of the jury, do hereby find the defendant Robert L. Hall, Jr.:

 _____GUILTY   _____NOT GUILTY

**COUNT 4 (MAIL FRAUD):**

 As to count 4 of the grand jury indictment, charging defendant Robert L. Hall, Jr., with mail fraud, we, the members of the jury, do hereby find the defendant Robert L. Hall, Jr.:

 _____GUILTY   _____NOT GUILTY

**COUNT 5 (MAIL FRAUD):**

 As to count 5 of the grand jury indictment, charging defendant Robert L. Hall, Jr., with mail fraud, we, the members of the jury, do hereby find the defendant Robert L. Hall, Jr.:

 _____GUILTY   _____NOT GUILTY

**COUNT 6 (MAIL FRAUD):**

As to count 6 of the grand jury indictment, charging defendant Robert L. Hall, Jr., with mail fraud, we, the members of the jury, do hereby find the defendant Robert L. Hall, Jr.:

_____GUILTY            _____NOT GUILTY

**COUNT 7 (MONEY LAUNDERING):**

As to count 7 of the grand jury indictment, charging defendant Robert L. Hall, Jr., with money laundering, we, the members of the jury, do hereby find the defendant Robert L. Hall, Jr.:

_____GUILTY            _____NOT GUILTY

**COUNT 8 (MONEY LAUNDERING):**

As to count 8 of the grand jury indictment, charging defendant Robert L. Hall, Jr., with money laundering, we, the members of the jury, do hereby find the defendant Robert L. Hall, Jr.:

_____GUILTY            _____NOT GUILTY

**COUNT 9 (MONEY LAUNDERING):**

As to count 9 of the grand jury indictment, charging defendant Robert L. Hall, Jr., with money laundering, we, the members of the jury, do hereby find the defendant Robert L. Hall, Jr.:

_____GUILTY            _____NOT GUILTY

**COUNT 10 (FIRST DEGREE FRAUD):**

      As to count 10 of the grand jury indictment, charging defendant Robert L. Hall, Jr., with fraud in the first degree, we, the members of the jury, do hereby find the defendant Robert L. Hall, Jr.:

    _____GUILTY                             _____NOT GUILTY

                                            _____
                                            FOREPERSON/JUROR NO.

                                            _____
                                            DATE