UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Cr. # 06-004-01 (HHK) |
| ) | |
| ROBERT L. HALL, JR.      ) | |
| _____) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Counsel for defendant Robert L. Hall, Jr.,, Elise Haldane, respectfully moves this Court for leave to withdraw as counsel in this case, and as grounds therefor, states:

1. On or about June 28, 2006, this Court appointed the undersigned counsel to represent Mr. Hall in this case and in the post-trial phase of United States v. Robert L. Hall, Jr., Cr. #05-0030 (HHK).  Mr. Hall had proceeded *pro se* in the trial of Cr. #05-0030.

2. The trial of this case is scheduled to begin on October 10, 2006.

3. Differences have arisen between the undersigned counsel and Mr. Hall which counsel has been unable to resolve.  The differences have become absolutely irreconcilable.

4. A copy of this motion is being served by mail upon Mr. Hall.

WHEREFORE, undersigned counsel respectfully moves this Court for leave to withdraw as counsel for Robert L. Hall, Jr.

        Respectfully submitted,

        _____/s/_____
        Elise Haldane #242826
        303 E Street NE
        Washington, DC 20002
        202/659-8700

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing Motion has been served electronically upon Steven Durham, AUSA, Office of the US Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and by mail, first-class postage prepaid, to Robert L. Hall, Jr., DCDC 309578, CCA, 1901 E Street, SE, Washington, D.C. 20003.

        _____
        Elise Haldane