UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. # 06-004-01 (HHK) |
| ) | |
| ROBERT L. HALL, JR. ) | |
| _____) | |

### REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Counsel for defendant Robert L. Hall, Jr. responds to the Government's Opposition to Counsel for Defendant Hall's Motion to Withdraw as Counsel as follows:

1. The government has stated that defense counsel has set forth no grounds which would justify counsel's motion to withdraw. In fact, the undersigned counsel has stated that irreconcilable differences have arisen between counsel and her client. Consistent with the attorney-client privilege, counsel did not provide details of those differences in the motion, but is prepared to proffer further information to the Court *ex parte*.

2. Defense counsel's motion was filed as soon as it became apparent to counsel that the difficulties which had arisen were not susceptible to resolution. The motion was filed over three weeks prior to trial, unlike the motion for continuance filed just nine days before trial in United States v. Robert Hall, 05-30 (HHK) (also characterized by the government as an eleventh hour motion, see 05-30, Doc. 27-1).

3. Mr. Hall would obtain no tactical advantage if the Court were to grant counsel's motion. He is incarcerated pending sentencing in Cr. #05-30 (HHK). The guideline calculations in that case provide for a substantial period of incarceration.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant the Motion to Withdraw as Counsel filed in this case.

Respectfully submitted,

_____/s/_____
Elise Haldane #242826
303 E Street NE
Washington, DC 20002
202/659-8700

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Reply has been served electronically upon Steven Durham, AUSA, Office of the US Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and by mail, first-class postage prepaid, to Robert L. Hall, Jr., DCDC 309578, CCA, 1901 E Street, SE, Washington, D.C. 20003 this 14th day of September, 2006.

_____
Elise Haldane