UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ROBERT L. HALL, JR.  )<br>_____) | Cr. # 06-004-01 (HHK) |

## ORDER

Upon consideration of defendant's Motion in Limine to Strike Surplusage from the Indictment and Memorandum in Support, the Government's Response thereto, and the arguments of counsel in open court, it is, this _____ day of _____, 2006 hereby

ORDERED that the Motion shall be, and hereby is,

GRANTED, and it is

FURTHER ORDERED that the following language shall be stricken from the indictment:

6. As a result of defendant Hall's false representations and promises, many FUFG investors lost significant portions of their life savings.

11A ....Defendant Hall would falsely tell FUFG investors that he was going to invest their IRA money in real estate in Washington, DC and would falsely promise specific rates of return.

SO ORDERED.

                                                          _____
                                                          HENRY H. KENNEDY, JR.
                                                          DISTRICT COURT JUDGE