# FIRST UNITED FINANCIAL GROUP, LLC
## Calculation of Deposits Received (Principal) plus Average Promised Interest
## For the Period of January 1, 2001 thru August 31, 2003

### SCENARIO 1 (Yearly)
**Year 2001 & 2002**
$1,394,234[1] ÷ 32 months = $43,569 deposits per month
  $43,569 x 12 months = $522,828 yearly deposits
    $522,828 x 138.40%[2] = **$723,594** yearly interest
      $522,828 + $723,594 = $1,246,422 yearly deposits plus yearly interest
        $1,246,422 x 2 years = **$2,492,844** deposits plus interest for 2 years

**Year 2003 (8 months)**
$1,394,234[1] ÷ 32 months = $43,569 deposits per month
  $43,569 x 8 months = $348,552 total 8 months deposit
    11.53%[2] x 8 months = 92.24% 8 month period
      $348,552 x 92.24% = **$321,504** total 8 month interest
        $348,552 + $321,504 = **$670,056** deposit plus interest for 8 months

**Total principal deposits plus interest January 1, 2001 thru August 31, 2003**
      $2,492,844  deposits plus interest for 2 years
       $670,056  deposit plus interest for 8 months
      **$3,162,900**

**Breakdown**

| | | |
|---|---|---|
| **Principal** | $1,394,234 [1] | |
| **Interest** | $1,768,692 | [($723,594 x 2) + $321,504] |
| **Total** | **$3,162,926** | |

### SCENARIO 2 (Average Term 7 Months)
$1,394,234[1] ÷ 32 months = $43,569 deposits per month
  $43,569 x 11.53%[2] = $5,023 total monthly interest
    $5,023 x 7 month term = **$35,161** total interest during average term
      $35,161 + $43,569 = $78,730 interest during average term plus monthly deposit
        $78,730 x 32 months = **$2,519,360** total deposits plus interest

**Breakdown**

| | | |
|---|---|---|
| **Principal** | $1,394,234 [1] | |
| **Interest** | $1,125,152 | ($5,023 x 32 months x 7 months average term) |
| **Total** | **$2,519,386** | |

---

[1] Government's Exhibit 1a, All Identified Investment Deposit Table, Criminal No. 05-30 (HHK)
[2] Government's Exhibit 2j, Proposed Rates of Return for Testifying Investors, Criminal No. 05-30 (HHK)

**Notes:**
1. As testified during trial, Government's Exhibit 1a, All Identified Investment Deposit Table, is a conservative figure because it does not include moneys received in the form of cash and/or credit cards.

2. Government's Exhibit 2j, Proposed Rates of Return for Testifying Investors, was used in calculations instead of Government's Exhibit 2g, Average Annualized Rate of Return, which proposes a higher annualized rate of return (153.6%).