Debbi Morgan

Los Angeles CA

April 4, 2006

Honorable Henry H. Kennedy, Jr.
United States District Court,
Washington, D.C.

Dear Honorable Henry H. Kennedy, Jr.

    I am writing this letter pursuant to the sentencing of Robert L. Hall, Jr., Case Number 2002R05474 and Court Docket Number: 05-0030, which is set for June 2, 2006 at 03:00 P.M.

    Because of my financial situation I was unable to fly to Washington to testify against Mr. Hall regarding the fraud and misappropriation of funds that I had placed with Mr. Hall and his company, First United Financial Group. I would like to state to your Honor the horrific experience I had with Mr. Hall that affected me greatly, financially, physically, and emotionally.

    I was first influenced to invest with Mr. Hall and his company, First United Financial Group, in early 2003. Mr. Hall had served as an investment advisor for two friends, but more importantly, he'd handled some small investments for my then husband, Donn Thompson. Mr. Hall traveled out to California to speak with me about something called The Trinidad Project. Before the visit I'd informed my husband that I wasn't really interested in investing with someone I knew so little about. However, I agreed to meet with him because my husband seemed so satisfied in the dealings he'd had with Mr. Hall. However, my husband's investments had been very small.

    Mr. Hall knew that I was a known actress, having seen me for years on television and in films. When I met with him, I explained that because of my age, work had been slowing up, and that I was frightened looking at how my finances were declining. I found Mr. Hall to be a very unassuming man. He wasn't flashy in any way, not pushy, and spoke in a very gentle and caring manner about the importance of us as Black people, to take stock of the ways we could possess financial freedom. I informed Mr. Hall that the only real savings I had was my pension fund in the amount of $32, 773.52
Mr. Hall said that's exactly what he was trying to explain to me. Here it was that I was in a tight financial position, no idea when I'd get another acting job, and yet I had this pension money just sitting instead of making it work for me.
    That's when Mr. Hall brought The Trinidad project, and how my investment in it would bring about a great return, rather than having my money continue to sit in Smith Barney where it was making so little interest. I was still a bit tentative, but Mr. Hall got me with his speech about, "Black people really have to do for each other, and find ways to invest in businesses that will look out for our interests as Black people in this country.

By the time he'd finished his spiel, I was convinced I would be dealing with someone who was honest, caring, and a very good businessperson.

The representation Mr. Hall made to me was that by transferring my pension fund to Sterling Trust Company, a company that he set up for me, for the purpose of investing in the "Trinidad Project", I would be guaranteed a 7% interest quarterly on my one-year term investment.

Following my initial investment, I made another smaller investment with Mr. Hall from a residual check I'd received on a film project I'd worked on the year before. This investment was in the amount of $10,000. Mr. Hall said he was doing a deal with a couple who were about to have their home foreclosed. He said he would be furnishing them the funds to prevent the foreclosure, and making a huge profit on the sale of that home that was taking place within two weeks. He promised me that within two weeks I'd make a 10% return on my $10,000.

Two weeks went by and I heard nothing from Mr. Hall. I was unable to reach him on the phone, whereas before he was always available. I began to get very nervous about my inability to contact Mr. Hall, and the fact that I'd not received my money. When Mr. Hall finally returned my call he said he'd been out of town on business. He said he didn't understand why I was so upset, and that he be sending out the money owed to me the next day. Four or five days passed before I received any money from Mr. Hall, and when I received it, it was only half of what was owed. After several phone attempts and no communication from Mr. Hall, I contacted my lawyer, Mr. Charles K. Grant.

When I explained my history to Mr. Grant of my dealings with Mr. Hall, My attorney said that we needed to request all of the money owed to me, including the pension fund I'd invested with Mr. Hall's company. It was a few more days before my attorney and I were able to get Mr. Hall on a conference call. I explained to Mr. Hall that he was aware that the $10,000 was most of the money I had to live on, and that he 'd failed to live up to our contract. He came up with some excuse as to why he'd only been able to send half the money, but promised that the balance, including the 10% promised interest, would be received by that following Monday after the weekend. My attorney also stated to Mr. Hall that I'd be ending all dealings with him, and that my pension fund including all earned interest, be expedited to me immediately. Mr. Hall took the position of being very angry and insulted that it seemed he were being accused of something underhanded. He promised all pension fund with earned interest would be returned by May 2003.

Neither my attorney nor I ever spoke to Mr. Hall again. We did receive a letter with his acknowledgement of the money owed to me, and the promise of it being returned, including interest. But, after receiving the balance plus interest owed on the $10,000, Mr. Hall failed to return any pension money, or respond to any calls or letters sent to him from my attorney, Mr. Charles K. Grant. Sometimes, I would try phoning Rob Hall, only to have his secretary say he was out of the office, but I knew she was lying. One evening I called Mr. Hall's office and left an extensive message. I was in tears

begging him to return the $32,773.52 I'd invested with his company. I told him I'd believed in him and trusted him, and he knew that was all the savings I had. I asked how he could portray himself as a black man trying to help his people, and do something like this. I said that we were talking about a pension, which involved the government, not just any money sitting in a bank, and that there were rules and regulations regarding misappropriation of these kinds of funds. Then I pleaded with him to return my call to see if we could at least work out some kind of repayment plan.

Getting no response from Mr. Hall, I had to hire Charles K. Grant to file a suit against him. (Debbi Morgan v. First United Financial Group, LLC and Robert L. Hall, Civil Action No. 03-1828 (RWR/AK), after Hall failed to enter an appearance or otherwise defend, my motion for Default Judgment was entered against Hall. A telephonic evidentiary hearing on damages was finally held on October 21, 2004. Defendants were provided with written notice of the hearing but they did not participate.

The trial court determined that I was entitled to recoup my investment. I was granted a judgment of $32,773.52 in compensatory damages, attorney's fees in the amount of $9,190.50, costs in the amount of $744.86, treble damages (calculated on the compensatory damage amount) in the amount of $98,335.56 and interest (calculated on the compensatory damage amount) of 6% per annum from March 10, 2003 to the date of the Default Judgment entered by the trail court. My claim for punitive damages and any additional prejudgment interest and post-judgment interest were denied as unsupported by the record in case.
You can only imagine my dismay and grief when I learned Mr. Hall might be sent to jail, which meant my pension might be lost to me forever.

The negative impact on my dealings with Rob Hall and First United Financial Group was financial, physical, personal, and emotional. That pension money would've kept me on my feet instead of having to go out and borrow money from family and friends. I descended more and more into debt. Things have not turned around for me financially since the fraud occurred with Rob Hall and his company. I've since been granted bankruptcy. I suffered through a deep depression where I was unable to eat or sleep. I was an emotional wreck from having been so connived by Rob Hall, and the tension also created havoc in my marriage. I've since divorced from my husband.

My only hope is that Mr. Hall gets what is coming to him, and that the court has no mercy in much the same way that Mr. Hall had no mercy in scamming victims out of their life savings. I also call upon the government's help in relieving me of some of my financial burden, by hopefully recouping at least some, if not all of my money through any of Mr. Hall's assets.

Sincerely,

*[signature: Debbi Morgan]*

To: The Honorable Henry H. Kennedy, Jr.  
US District Court, Washington DC

April 22, 2006

This letter is regarding United States v. Robert L. Hall, Jr. Friends, who were investing with Mr. Hall of First United Financial Group (FUFG), invited me to a FUFG informational meeting. I attended with my mother. Mr. Hall spoke eloquently and candidly about the benefits of wise investments in the black community and leaving an inheritance for our generations to come. It was powerful. His homelessness to riches story was very convincing. He explained he was a father who had discovered the tools necessary to tap into the wealth that all Americans have available to them.

I believe I sent all of my original FUFG documents to the attorney who first contacted me. To the best of my recollection, I invested about $800, possibly $1000. I chose to enroll in a modest Savings Program, designed to help investment novices save a large sum of money to be invested later with FUFG. The $100 I sent monthly was from my monthly salary I earn as a Kindergarten teacher.

When I realized that Mr. Hall was unavailable to take or return phone calls regarding simple matters, I grew concerned. The friends who invited me to join FUFG began explaining that their own large regular financial returns had become inconsistent or had ceased, and that they were not able to communicate with Mr. Hall about the situation. I immediately began to aggressively pursue having all my money returned to me. I phoned the FUFG office daily, numerous times a day for weeks. When my call was accepted, I spoke to secretaries, business partners, and once, even Mr. Hall. Each time I was blatantly lied to. I was told by each representative and Mr. Hall that my money would be mailed shortly, had been mailed days prior, was in the mail and so on. I asked a representative to be outright with the status of my money and she told me, "I saw your check going into the outgoing mail a few days ago. It should be there soon." Then a few days later, the same representative said, "Oh yes, I have it going out first thing tomorrow." Yikes! I never received any of my money back.

I made the sacrifice of investing with this company while pursuing a Master's Degree, and I was barely surviving on my teacher's salary at the time of this scam. I cannot afford to lose hundreds of dollars now, and I certainly could not afford it then. I also have to deal with the pain of knowing I brought my parents, Valarie Bland, into the program. They invested $2500 with FUFG.

Although I am angry about the lies Mr. Hall told me, I do believe that his initial motives were upstanding and pure. I have come to believe that he "got in over his head" after the boom in enrollment around the time I joined FUFG. I do hope to one day have my money returned me, and for Mr. Hall to be justly dealt with for his misrepresentation, but I do hope that you, Your Honor, will have mercy and compassion on Mr. Hall as you assess his crime(s).

My Best to You, and Thank You,

*Janeene Bland*  
Janeene Bland

Ethel M. Slaughter
~~[redacted]~~
Lower Peachtree, AL [redacted]
April 26, 2006

Honorable Henry H. Kennedy Jr.
United States District Court
Washington, D.C.

Mr. Hall offered great interest on the money invested, that's why I took my money out of my savings. I invested five thousand dollars.

The source of that money as I said was from my savings

I called Mr. Hall's office constantly. I talked to him several times and he told me that he would have my money sent to me in three or four weeks and did not. Other times it was his voice mail. Finally after months I was able to get two thousand five hundred dollars of my money but no interest on it.

I invested my money in 2002. I have not received the remaining two thousand five hundred dollars nor the interest.

Since that time I have had real bad high blood pressure and stomach problems from worrying about my money and not being able to keep my bills up to date.

My interest was suppose to be added monthly. I have regretted so many times I risked my money. That was my money to help me out when running low.

I truly hope to recover my money plus interest as promised.

Please keep me informed. Thank You

Ethel Slaughter

my home phone # 334-███-████

April 6, 2006

Honorable Henry H. Kennedy, Jr.
United States District Court
Washington, DC 20001

Re: Case # 2002R05474 – Court Docket # 05-0030

Dear Hon. Kennedy:

In this letter I will attempt to provide the representation, money invested, source of money, efforts made to recover funds, money lost and the impact that Mr. Hall and United Financial Group had on me personally.

I was introduced to Mr. Hall by a trusted investment company representative in February of 2002. Mr. Hall presented himself and his organization as a trustworthy and ethical business practice. We spoke for several hours about his business, why he started the business and what he hoped that his investors would gain. Particularly those investors whose incomes were limited in the African American community. I happen to be one of those types of investors.

After speaking with Mr. Hall for at least three hours discussing his beginnings from a broken home, foster care and homelessness I decided that I could see a viable and good investment program via Suitland East Project, (REIT) which promised to double your investment. According to our agreed upon contract verbally and written, Mr. Hall had several levels of investments, marked Plan A- D. I opted for Plan D which had the highest amount of interest at 18% per quarter for a twelve month investment of $4000.00 for the Suitland East Project, (REIT). I transferred from my bank account to the designated account of FUGU, Bank of America, Washington, DC. This money would be invested in various business transactions including, but not limited to, real property located in the Washington, DC area. The contract also stated that FUFG was not regulated by the Securities and Exchange Commission and not insured by the Federal Deposit Insurance Corporation. However, the rate of payment intervals of the agreement was in accordance with the CPL Program. Payments would be mailed to the client or in rare cases hand delivered or bank wire.

My first installment was to occur July 1, 2002. Around July 10th I had not received any such payment nor a phone call explaining its' delay. I telephoned Mr. Hall's office and was not able to reach him right away. However, he did phone me a few days later with the excuse of problems with an employee writing herself checks on the company bank account which in turn caused problems for the investors. Mr. Hall promised to deliver the monies to me on a specific date during that same week. Mr. Hall visited my home in NW DC with a cash payment of $860.00 minus $7.00 for return check fee that had previously bounced, around 7 or 8 pm in the evening. I knew at this point I had made a bad

Page 2
Case# 2002R05474 – Court Docket# 05-0030

investment with the wrong company. I never received another payment from FUGU or Mr. Hall. I made several phones calls to his office and even visited the office but was unable to communicate with Mr. Hall. I had left messages with his office assistant stating that I was ready to pull my money out of his company and preferred to no longer do business with him. Mr. Hall eventually telephoned me, sullen and sounding disheartened because as he stated, "The SEC has frozen all of my accounts because they believe it's impossible for a young black man to earn the type of money I am earning."
Mr. Hall also stated that his business was raided and the government was making false accusations against him and all of his documents and contracts were taken and there was a lien on his accounts. He (Mr. Hall) suggested I call his lawyer (don't recall the name) for further information. I was never able to speak with his lawyer after several phone calls to his office. His paralegal Mr. Greg Smith informed me that he was in Korea. I continued to phone Mr. Hall to no avail. I had basically given up and took it ($4000.00) as a lost and wrote the loss off on my taxes.

On November 21, 2003 I received a FEDEX package from the Securities and Exchange Commission, from Mr. Jordan A. Thomas, regarding an investigation of FUFG and to complete a questionnaire relating to my investment experience with same. It was also suggested that I call Mr. Douglas C. McAllister or have my lawyer if represented by one to phone. I phoned Mr. McAllister myself to find out exactly what was taking place. Mr. McAllister could not provide a lot of information due to the investigation but suggested that I contact my lawyer if I wanted to try and acquire any funds invested with Mr. Hall and FUGU. I eventually called my lawyer who called first then produced a letter to Mr. Hall, FUGU. Unfortunately, the letter was returned with no forwarding address. My lawyer asked if I had another address for Mr. Hall, which I did not.

I was completely disappointed, frustrated, stressed and angry that I had lost money that I had saved for retirement. If I add the total lost including investment gains, I lost around $6,880.00 over a twelve month period. I work hard and save hard to secure my future and the future of my children and their children. Mr. Hall disrupted some of these savings if in fact he is guilty and I believe he is based on paperwork I received and the way in which Mr. Hall did or did not respond to me.

I'm sorry that Mr. Hall as stooped so low as to take others monies that they have worked so diligently for and sacrificed for in their lives and the lives of their children. Even Mr. Halls own children and family will suffer because of his unethical business practices. I may never recover my lost funds from Mr. Hall or FUGU but Mr. Hall may never recover from bad business practices either. He has not only made unsuspecting investors suffer but his only family has and continues to suffer today.

Sincerely,
Brenda E. Gibson



Bill Crandall

Norfolk, VA

May 4, 2006

Honorable Henry H. Kennedy, Jr.
United States District Court
District of District of Columbia
Judiciary Center Bldg. 555 4th St. NW
Washington, DC 20001

Re: United States v. Robert L. Hall, Jr.
    Case Number 2002R05474 and Court Docket Number: 05-0030

Dear Honorable Henry H. Kennedy, Jr.:

Below I have written a list of questions with the corresponding answers concerning my business dealing with the defendant Robert L. Hall, Jr.

1. How I was first influenced to invest with Mr. Hall and First United Financial Group?
   **Response:** I was first introduced to invest with Mr. Hall and First United Financial Group by Ms. Monica Stewart, an up and coming businesswoman "Thought to be trustworthy" asking for support.

2. What representation Mr. Hall may have made to me?
   **Response:** At a well established business in Virginia Beach, Mr. Hall presented to me a full formal business program with literature, future projections, and a highly favorable percentage of success.

3. How much money I invested in total?
   **Response:** I invested a total of $16,000 with Mr. Hall. The amount that I received from the investment was $4,000. The total amount that I lost with this investment is $12,000.

4. The source of that money (i.e. restitution funds, savings, borrowed funds):
   **Response:** The source of money that I invested came from Business savings and borrowed funds.

5. What efforts I made to recover that money from Mr. Hall and what representations were made to me?
   **Response:** I made several visits to Ms. Monica Stewart's business as well as numerous phone calls that went unanswered. I have also made numerous attempts to contact Mr. Hall by phone and was unsuccessful. In addition to

making numerous phone calls to Mr. Hall, I have driven from Virginia to Washington, DC to Mr. Hall's office and again was unsuccessful. After my trip to Washington, DC, I finally spoke with Mr. Hall and Ms. Monica Stewart. As of today's date, I have not spoken with Mr. Hall or Ms. Monica Stewart in over a year or more.

6. How much money I ultimately lost?
   **Response:** Ultimately, I lost a total of $12,000 in cash, $ 100.00 traveling expenses, and $200 in long distance telephone calls.

7. The negative impact on me personally?
   **Response:** The negative impact that I felt personally is shy to invest, lery to trust, bad taste in mouth, need to investigate the background of individuals, and unwilling to trust people all together.

Above, I have expressed my feeling and concerns regarding the misrepresentation of Mr. Hall and Ms. Monica Stewart. This has really been a stressful time in my life because I had put my trust in Ms. Monica Stewart and Mr. Hall and was deceived. I am a single father raising two children who can not afford to loss out on this type of money. The money that I invested with Mr. Hall and Ms. Monica Stewart came from business savings which I had saved towards my children's education and future. I am the only person in my household with an income and to take a lost of $12,000 is devastated to me and my children. This lost has taken food from my children, clothing from my children, affected their educational needs, and daily living expenses.

As a result of me having trust in Mr. Hall and Ms. Monica Stewart, I introduced my family members to both parties and they also made an investment and lost money. This situation has not only caused mental and physical stress but it has caused my family members to second guess my character. This has also made me more alert with individuals who may proposition me in the near future. I have informed several of my family and friends of what happened to me, my family and friends and this situation has made it hard for everyone to have trust in individuals who may be operating a legal business. If all possible, I would like to receive the total amount that I lost in dealing with Mr. Hall and Mrs. Monica Stewart. I think it is unfair for me and my family to have to suffer with this lost of $12,000. I thank you for allowing me to be a part of this process and having a voice in this situation.

*Bill Crandall*

Sincerely,
Mr. Bill Crandall

May 15, 2006

The Honorable Henry H. Kennedy, Jr.
United States District Court
Washington DC

**Re: United States v. Robert L. Hall, Jr.**
   **Case Number 2002R05474 and 'Court Docket Number 05-0030**

Thank you for letter of March 27 regarding the above matter. I am pleased to know that my interest is sought, among the many other victims, in bringing this case to closure. I have summarized below to the best of my knowledge a description of how I came to know Mr Hall and the issues surrounding this matter. I still hope that I will be able to recoup this money which for which I worked so hard.

Mr. Hall was recommended to me by another, Realtor, who attended one of his seminars. This realtor was quite impressed with Mr. Hall's presentations and he suggested that I contact Mr. Hall if I was interested in making an investment.
I contacted Mr. Hall and went to see him for a consultation on June 2, 2003. I was impressed my Mr. Hall's presentation and what he had planned to do with my $5,000. Mr. Hall informed me that my funds will be invested in Real Estate with a return rate of 21 percent at the end of three months. This money which I invested came from retirement funds.

On June 3, 2003, I made the investment with Mr. Hall, who was then President and Managing Member of First United Financial Group, LLC.

After 3 months had passed and not hearing from Mr. Hall, I made several telephone calls to his office. Mr. Hall never returned any of my calls. In October 2003, I went to Mr. Hall's office where we did the initial transaction (1050 Connecticut Ave, N.W.). Upon arriving, I was told that Mr. Hall was no longer at this address.

In March 2004 I tracked down Mr. Hall who had an address of 240 Parker Street, N.E. I spoke to Mr. Hall at that location via telephone. Mr. Hall promised me that he will pay me as soon as he was able to some real estate closings. It was now May of 2004 and I never heard back from Mr. Hall.

I filed several claims in the Small Claims Court. Mr. Hall never showed for any of the trial proceedings. Mr. Hall was eventually subpoenaed to attend court for an oral exam. Again, Mr. Hall never appeared.

This situation has caused me grief and hardship. I continue to feel cheated and aggravated by Mr. Hall's dishonesty, and I do hope to get some compensation in some way from this bad deal.

Sincerely yours,

*[signature]*
Thelma Alfred

John D. Brunson
<span style="background:black">████████████</span>
Fredericksburg, VA ███

May 23, 2006

Honorable Henry H. Kennedy JR.
United States District Court
Washington, DC

Re: United States vs Robert L. Hall JR.
    Case Number 20002R05474 and Court Docket Number: 05-0030

Dear Judge Kennedy:

My name is John D. Brunson Jr., and I would like to express my feelings on the matter of and course of events leading to myself becoming a fraud victim of Robert L. Hall Jr. I was introduced to Mr. Hall through a mutual acquaintance, Mr. Rodger Perkins, while assigned overseas in the Republic of Korea.

Mr. Perkins informed me how he had invested $10,000 with the First United Financial group, LLC and doubled his initial investment. He asked if I would be interested in this investment opportunity; I told him yes, but I would need more information before investing. It was shortly thereafter I was introduced to Mr. Hall telephonically because of this difference of our locations. As I mentioned, I was assigned in Korea; Mr. Hall was located in Washington, DC. Mr. Hall stated that everything that Mr. Perkins had told me was in fact true and that his company was definitely a legitimate real estate investment firm. Mr. Hall also stated that his website could provide further information on the validity of this company. Again, Mr. Hall assured me that his company dealt predominantly in real estate and I could get a quick return on my initial investment of $10,000.

Based on the information I received from Mr. Hall, I felt confident enough to make an investment of $10,000. Once I received and signed the typed contract from Mr. Hall, I made this transaction by having the money wired from my financial institute to an account provided to me by Mr. Hall. The contract stated that after the first six months I would make a return of 12.5% on my investment.

Sometime later, I was notified by Mr. Hall that our mutual friend Mr. Perkins had visited him in Washington, DC on January 15, 2002 and they had discussed my account. Mr. Hall informed me that in their standard agreement they charge a 5% administrative fee but since Mr. Perkins failed to mention it prior to my investment, this charge would only apply to future new agreements should I decide to continue with the company. The charge is voided when I roll over capital that is already invested in the company. Mr. Hall mentioned that I already earned $1,000 on my investment and that it would make more sense to receive the $1,000 and roll over the $10,000 into a new agreement.

Doing this I would save $500 in administrative fees. The email further stated "The company currently had available standard 8% to 12% per month with monthly, quarterly, or biannual payment intervals and 3, 6, or 12 month terms. We also have available a condominium conversion project that pays 15% per month on amounts up to 10K, 20% per month on amounts up to 20K, and 25% per month on amounts over $20K. The project cap on this venture is a total of $600K...ALL of these condo conversion deals have four month terms and pay out at the END of the four month term only." Mr. Hall said that if he did not receive a response from me within in the next 24 hours, that my entire 11K would be forwarded to my account by wire.

Approximately, six to eight months after the above conversation, I was notified I was notified by First United Financial Group that I earned $15,000 on my investment. It was at this point that I requested my original investment of $10,000 be wired back to my personal account and the remaining $15,000 be rolled over into future investments. On June 4, 2002, I was notified by Carletus Willis via email that $10,000 was wired to my account and an agreement for the $15,000 was emailed to me. I was asked to review, signed and return the documentation to cwillis@firstunitedllc.com, so the paperwork could be processed. I checked my account on several occasions and did not find the $10,000 that Mr. Willis claimed was wired. I began making a series of phone calls only to get a voice mail. It was at this time that I became fearful that I may have been a victim of a scam.

I feel that Mr. Hall and a group of his associates have made it their primary goal to seek out individuals such as myself, who work hard for their savings and seek alternative ways to make their money grow and increase their standard of living. This group sought out me because I lacked the knowledge and information on financial investments, but possessed the monetary funds. After this fraudulent business transaction with Mr. Hall and his group, I had trouble accepting that this organization was fake and out to steal honest people's money and that I had been one of their victims. After several attempts to recover my money, it began to sink in; I had been taken. I have had to go through the embarrassment of being conned and losing out on a substantial amount of my future income that I know I will never recover. I have problems trusting my own judgment and definitely problems with trusting other people or organizations who claim to be legitimate investment firms. I often feel angry with not only with the First United Financial Group but also myself; always wondering how could I let this happen. I have always felt that I was an intelligent individual, now doubt continues to linger over my head.

Your Honor, I plead with you to make an example of Mr. Hall so that persons of his caliber will fear the repercussions of theft, scams, and fraudulent actions they bring on own society.

Sincerely,

John D. Brunson Jr.