UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 06-004 (HHK) |
| | : | |
| v. | : | |
| | : | |
| ROBERT L. HALL, JR. | : | |
| | : | |
| Defendant | : | |

**NOTICE OF FILING OF VIDEO EXHIBIT**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice of filing of Exhibit 3 – a DVD video – which is part of the Government's Consolidated Memorandum in Aid of Sentencing which has been filed concurrently.

                                                 Respectfully submitted,

                                                 JEFFREY A. TAYLOR
                                                 UNITED STATES ATTORNEY
                                                 D.C. BAR # 498610

By: _____
       STEVEN J. DURHAM
       JORDAN A. THOMAS (D.C. Bar #452886)
       ASSISTANT UNITED STATES ATTORNEYS
       555 Fourth Street, N.W.
       Washington, D.C.  20530
       (202) 514-8316, (202) 551-4475