# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. # 05-0030-01 (HHK)** |
| | ) | **Cr. # 06-04-01 (HHK)** |
| **ROBERT L. HALL, JR.** | ) | |
| _____ | ) | |

## MOTION FOR EMERGENCY FURLOUGH

Defendant Robert L. Hall, Jr., through counsel,  Elise Haldane, respectfully moves this Court for an order allowing an Emergency Furlough in this case, and as grounds therefor, states:

1.  On November 9, 2006, the undersigned counsel learned from Vinita Hall, Robert Hall's sister, that their father, Robert L. Hall, Sr., passed away  in Massachusetts on November 7, 2006.   Funeral arrangements were not finalized until the afternoon of November 9, 2006.

2.  Robert Hall, Jr.  very much wishes to attend the memorial service for his father, and earnestly requests that the Court allow him to be released from the Correctional Treatment for one day in order to travel to Boston, attend the memorial service, and return to CTF.

3.  The undersigned counsel spoke with Andrew J. Spears, owner of A.J. Spears Funeral Home, to confirm the fact of the death and arrangements.  At counsel's request,

Mr. Spears forwarded the attached letter confirming the arrangements.

4.  Vinita Hall has advised counsel that she will pay for the cost of the airplane flight and attendant expenses for Mr. Hall.

5.  Because the last flight from Boston to Washington leaves at 8:50 p.m. on November 13, 2006, counsel would request that the Court order that Mr. Hall be furloughed from 9 a.m. on November 13 , 2006 until 12:30 p.m. on November 14, 2006.

6.  Assistant United States Attorney Steven Durham has advised counsel that the government opposes this motion.

WHEREFORE, defendant respectfully moves this Court for an Order furloughing Mr. Hall from CTF for the purpose of attending his father's memorial service.

Respectfully submitted,

_____/s/_____
Elise Haldane #242826
303 E Street NE
Washington, DC 20002
202/659-8700

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served electronically upon Steven Durham, AUSA, Office of the US Attorney, 555 4th Street, N.W., Washington, D.C. 20530 this 9th day of November, 2006.

_____/s/_____
Elise Haldane

2