UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. # 05-0030-01 (HHK) |
| ) | Cr. # 06-04-01 (HHK) |
| ROBERT L. HALL, JR. ) | |
| _____) | |

## ORDER

Upon consideration of defendant's Motion for Emergency Furlough, and for good cause shown, it is, this _____ day of November, 2006, hereby

ORDERED that the Motion shall be, and hereby is

GRANTED, and it is

FURTHER ORDERED that the Warden of the Correctional Treatment Facility shall release defendant Robert L. Hall, Jr., D.C.D.C. #309578 on his own recognizance at 9 a.m. on Monday, November 13, 2006.  Defendant Robert L. Hall, Jr. is ordered to return to the Correctional Treatment Facility to surrender himself on or before 12:30 p.m. on Tuesday, November 14, 2006.

_____
HENRY H. KENNEDY, JR.
DISTRICT COURT JUDGE