

# A. J. Spears Funeral Home
### 124 WESTERN AVENUE
### CAMBRIDGE, MASSACHUSETTS 02139

**TELEPHONES**
Bus. (617) 876-4047
Res. (617) 876-1084

**DIRECTORS**
Andrew J. Spears
Anthony J. Spears

November 9, 2006

TO WHOM IT MAY CONCERN:

ROBERT L. HALL, SR. of Cambridge, Massachusetts died on November 7, 2006 at the Cambridge Hospital.

He will be cremated and a memorial service will be held on Monday, November 13th at 7 p.m.

If there are any questions, we can be reached at 617-876-4047.

A. J. SPEARS FUNERAL HOME

By _____
Andrew J. Spears