UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. # 05-0030-01 (HHK) |
| | ) | Cr. # 06-04-01 (HHK) |
| ROBERT L. HALL, JR. | ) | |
| _____ | ) | |

**UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

Counsel for defendant Robert L. Hall, Jr., Elise Haldane, respectfully moves this Court for a continuance of the sentencing in the above-referenced case, and as grounds therefor, states:

1. Counsel is in trial an armed robbery case before the Honorable Erik P. Christian (United States v. Harold Austin, Super. Ct. Crim. #2004 FEL 2725).

2. On November 14, 2006, counsel contacted Steven Durham, the Assistant United States Attorney assigned to this case, and the Court's clerk, Tanya Johnson, to advise them of the ongoing trial. Mr. Durham kindly has not opposed this motion.

3. The undersigned counsel is aware that this request causes considerable logistical difficulties to the government, the victims, and the family and friends of Mr. Hall who wish to attend the sentencing.

4. The parties have agreed to a resentencing date of December 7, 2006 at 2:30 p.m.

WHEREFORE, defense counsel respectfully moves this Court for a continuance of the sentencing of this case.

Respectfully submitted,

_____/s/_____
Elise Haldane #242826
303 E Street NE
Washington, DC 20002
202/659-8700

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served electronically upon Steven Durham, AUSA, Office of the US Attorney, 555 4th Street, N.W., Washington, D.C. 20530 this 14th day of November, 2006.

_____
Elise Haldane