**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. # 05-0030-01 (HHK)** |
| | ) | **Cr. # 06-04-01 (HHK)** |
| **ROBERT L. HALL, JR.** | ) | |
| _____ | ) | |

## <u>ORDER</u>

Upon consideration of the Unopposed Motion for Continuance of Sentencing filed

by defense counsel for Robert L. Hall, Jr., and for good cause shown, it is, this ___ day of

November, 2006, hereby

ORDERED that the Motion shall be, and hereby is

GRANTED, and it is

FURTHER ORDERED that the sentencing of this case shall occur on December 7,

2006 at 2:30 p.m.


_____
HENRY H. KENNEDY, JR.
DISTRICT COURT JUDGE

1