HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-004-01</u> |
| vs. | : | SSN: <u>N/A</u> |
| HALL, Robert | : | Disclosure Date: <u>October 20, 2006</u> |

**FILED**

DEC 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                            **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 11/02/06     _____ 11/2/06
**Defendant**       **Date**          **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **October 27, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
        United States Probation Officer

# ELISE HALDANE
ATTORNEY

303 E STREET, N.E.
WASHINGTON, D.C. 20002
(202) 659-8700
FAX (202) 544-0165

November 3, 2006

*Via Facsimile 301/579-2103*

Elizabeth Suarez
United States Probation Officer
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

  RE: United States v. Robert L. Hall,
    Cr. # 06-04 (HHK)

Dear Ms. Suarez:

  This is to itemize the material/factual inaccuracies contained in the draft presentence report in the above-referenced case.

| | |
|---|---|
| Page 2 | Related cases: Civil #04-1601 (CKK). |
| Page 3 | Mr. Hall's DCDC number is 309578. |
| Page 4, ¶3 | Mr. Hall has entered a guilty plea to every single count of the indictment, and is therefore has accepted responsibility. His <u>Alford</u> plea to conspiracy is a guilty plea. The trial of his sole alleged co-conspirator, Anthony Rivera, ended in a mistrial. |
| Page 4, ¶5 | Mr. Alston was acquitted following a jury trial. A mistrial was declared in Mr. Rivera's case. |

Elizabeth Suarez
November 3, 2006
Page Two


Page 5, ¶     Sterling Trust Company (Sterling Trust) was a financial institution whose principal place of business was Waco, Texas. Matrix Capital Bank (Matrix) was a financial institution whose assets were insured by the FDIC and whose principal place of business was Denver, Colorado. Sterling Trust maintained business bank accounts at Matrix.

Page 10, ¶62 the fourth line should read: . . . Sterling Trust for **himself** . . .

Page 11, ¶67 Mr. Hall is entitled to a two-point reduction for acceptance of responsibility.

Page 12, ¶77 Mr. Hall did not use sophisticated means or an elaborate scheme to effect the crimes to which he entered a guilty plea. He simply kited checks on a pre-existing account.

Page 12, ¶78 Mr. Hall was the sole responsible actor in the crimes to which he pled guilty. No points should be assessed.

Page 12, ¶81 Mr. Hall should receive a two-point reduction for acceptance of responsibility.

Page 13, ¶86 3rd paragraph. The jury also found **by a preponderance of the evidence** . . .

Page 14, ¶91, line 2 . . . and Ula Hall, now age 52. **Ms. Hall** . . .
    lines 8-9 . . . ward of **Oneida County** . . .

Page 14, ¶92 Vinita Hall has been back in the US since May, 2006. She indicates that she has spoken with you. Her telephone number is 585/719-9107.

Page 15, ¶93 daughter, Malaika, **age 8**, . . . .. (line 11) **Calvary** Christian Academy . . .

Page 15, ¶98 no history of alcohol **abuse** or drug use . . .

Page 16, ¶99, end . . . celebrations, and was selected to be in Who's Who in American Colleges and Universities.

Elizabeth Suarez
November 3, 2006
Page Three

Page 16, ¶100 from line 6. . . . Expeditionary Medal **for service in the liberation of Haiti (1994)**, an Army Service and Overseas ribbon **for service in Korea,** And a parachutist badge. **Mr. Hall received an honorable discharge.**

Page 16, ¶102, line 2. . . . Company, **an (typo)** events . . .

Page 16, ¶103, line 2. The defendant left this employment as a result of the instant **incarceration.**

Page 16, ¶104, from line 6. On January 23, 2006, the DC zoning Commission voted in favor of the corporation's Planned Unit Development application. After the application received approval by the National Capital Planning Commission, the corporation received final approval by unanimous vote on April 22, 2006.

Page 17, ¶105, line 4. Mr. Hall served as chairman and treasurer of the ANC.

Page 17, ¶111 The defense submits that the total offense level should be 12. The guideline range should be 10-16.

Page 18, ¶122 The applicable guideline range should be Zone C.

Thank you for your consideration.

Very truly yours,

Elise Haldane

cc: Steven Durham, AUSA