# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 06-04 (HHK)
)
ROBERT L. HALL, JR. )

## NOTICE OF APPEAL

**FILED**

DEC 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:    Robert L. Hall, Jr.
DCDC 309-578
CCA/CTF
1901 E Street SE
Washington, DC 20003

Name and address of appellant's attorney:    Elise Haldane
303 E Street NE
Washington, DC 20002

Offense:    conspiracy, 18 USC Sec. 371; bank fraud, 18 USC Sec. 1344; mail fraud, 18 USC Sec. 1341; money laundering, 18 USC Sec. 1957; first degree fraud, 22 DC Code Sec. 3211

Concise statement of judgment or order, giving date, and any sentence:

December 7, 2006. 30 months on counts 1-9, 12 months on count 10. Sentences to run concurrently with each other and with sentence in 05-30 (HHK). Restitution in the amount of $53,500. 3 years supervised release

Name and institution where now confined, if not on bail:    CCA/CTF, 1901 E Street, SE, Washington, DC 20003

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

Dec. 14, 2006
DATE

APPELLANT
/s/ Elise Haldane
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?                    YES [ ]    NO [✓]
Has counsel ordered transcripts?                          YES [ ]    NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]    NO [ ]